United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 13-18058-elf
Donna Maria Funny                                                   Chapter 13
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia        Page 1 of 2            Date Rcvd: Sep 30, 2016
                              Form ID: 138NEW        Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
```
db              #+Donna Maria Funny,    7203 Briar Road,   Philadelphia, PA 19138-1325
13169308        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, Texas 79998-2235)
13169310        +City of Philadelphia,   Dept of Water Revenue, P.O. Box 41496,
                Philadelphia, Pennsylvania 19101-1496
13169311        +Classic Management, Inc.,   Pelham Park Apartments,   229 W. Upsal Street,
                Philadelphia, Pennsylvania 19119-4039
13169313        +HSBC Bank included,   P.O. Box 5253,   Carol Stream, Illinois 60197-5253
13147167        +Jay Kivitz, Esquire,   KML Law Group,   701 Market Street,   Philadelphia, PA 19106-1538
13169315        +Jay Kivitz, Esquire,   KML Law Group,   Mellon Independence Center, Suite 5000,
                701 Market Street,   Philadelphia, PA 19106-1538
13169316         Kyion S. Williams,   7203 Briar Road,   Philadelphia, PA 19138-1325
13169317        +PECO (2301 Market Street, Philadelphia,,   2301 Market Street,
                Philadelphia, Pennsylvania 19103-1338
13169318        +Philadelphia Gas Works,   800W. Montgomery Avenue, Bankruptcy Unit,
                Philadelphia, Pennsylvania 19122-2898
13147168        +U.S. Department of HUD,   451 7th Street SW,   Washinton, DC 20410-0001
13169319        +U.S. Department of Housing & Urban Devel,   451 7th Street S.W.,   Washington, D.C 20410-0002
13169320        +U.S. Department of Housing and Urban Dev,   451 7th Street SW,
                Washington, District of Columbia 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:08    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2016 02:11:37
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 01 2016 02:12:06    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13169312         E-mail/Text: cio.bncmail@irs.gov Oct 01 2016 02:11:32    Department of the Treasury,
                Internal Revenue Service,   Philadelphia, Pennsylvania 19255-0030
                                                                                       TOTAL: 4
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13147166*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX 79998-2235)
13169309*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America NA,   P.O. Box 982235,   79998-2235),
                El Paso, Texas 79998-2235)
13169314*       +Jay Kivitz, Esquire,   KML Law Group,   701 Market Street,   Philadelphia, PA 19106-1538
                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Oct 02, 2016                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Sep 30, 2016
                             Form ID: 138NEW         Total Noticed: 17

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
          IRWIN LEE TRAUSS    on behalf of Debtor Donna Maria Funny itrauss@philalegal.org,  irwin@trauss.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                                       TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Donna Maria Funny

Debtor(s)                                     Bankruptcy No: 13−18058−elf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

900 Market Street
Suite 400
Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/30/16

62 − 61
Form 138_new