IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    DONNA M. FUNNY | : | CHAPTER 13 |
| Debtor (s) | : | BANKRUPTCY NO.  13-18058 |

PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly note that Debtor Donna M. Funny's Address has changed.

Debtor is now residing at 780 Byberry Road, Apt. 101, Philadelphia, PA 19116

Respectfully submitted,

/S/ Irwin Trauss            09/16/2016
IRWIN TRAUSS
Attorney for Debtor
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA 19106
(215) 981-3811