Certificate Number: 14912-PAE-DE-028938517

Bankruptcy Case Number: 13-18058



14912-PAE-DE-028938517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2017, at 7:33 o'clock PM EDT, Donna Funny completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 17, 2017            By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor

APR 20 2017