IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Donna Maria Funny : CHAPTER 13
Debtor : BANKRUPTCY NO. 13-18058

**O R D E R**

AND NOW, this 29th day of August, 2018, upon Motion of the Debtor, it is hereby **ORDERED** that this case is **REOPENED** upon payment of the applicable filing fee to the Clerk of this court for the purpose of granting the Debtor a discharge pursuant to 11 U.S.C. §1328(a). A standard Chapter 13 discharge order shall follow.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**