United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donna Maria Funny  
    Debtor

Case No. 13-18058-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Aug 29, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.  
db           +Donna Maria Funny,    780 Byberry Road,    Apt. 101,    Philadelphia, PA 19116-2171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:  
        IRWIN LEE TRAUSS    on behalf of Debtor Donna Maria Funny itrauss@philalegal.org, irwin@trauss.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                       TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Donna Maria Funny  :  CHAPTER 13
      Debtor  :  BANKRUPTCY NO. 13-18058

# O R D E R

AND NOW, this 29th day of August, 2018, upon Motion of the Debtor, it is hereby **ORDERED** that this case is **REOPENED** upon payment of the applicable filing fee to the Clerk of this court for the purpose of granting the Debtor a discharge pursuant to 11 U.S.C. §1328(a). A standard Chapter 13 discharge order shall follow.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**